IN THE CIRCUIT COURT
FOR THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

FILED
DEC 27 2016
CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY ILLINOIS

DAVID T. CLAY,           )
                         )
          Plaintiff,     )
                         )
vs.                      )     No. 16-L-49
                         )
                         )
ANEL DADO DURAKOVIC and S A M )
TRANSPORT, a Missouri Limited )
Liability Company,       )
                         )
          Defendants.    )

## COMPLAINT

Comes now the plaintiff, DAVID T. CLAY, by his attorneys, Hassakis & Hassakis, P.C., and for his cause of action against defendants ANEL DADO DURAKOVIC and S A M TRANSPORT, a Missouri limited liability company, states as follows:

### COUNT I

(Negligence - DAVID T. CLAY v. ANEL D. DURAKOVIC)

1. At all times relevant hereto plaintiff, DAVID T. CLAY, hereinafter "CLAY" resided at 258 Tyson Rd., Villa Rica, Georgia.

2. At all times relevant hereto, defendant ANEL DADO DURAKOVIC, hereinafter "DURAKOVIC", resided at 4342 Forest De Ville Dr. G, St. Louis, Missouri 63129.

3. At all times relevant hereto defendant S A M TRANSPORT, LLC, hereinafter "S A M", is and was a Missouri limited liability company with its principal place of business at 800 Camborne, St. Louis, Missouri, 63125 and does interstate business, including within the state of Illinois.

1

EXHIBIT
A

4. That at the time of the occurrence hereinafter referenced, and prior thereto, defendant DURAKOVIC was employed by defendant S A M as a tractor-trailer driver.

5. That on January 6, 2015 at approximately 12:23 o'clock a.m., the time of the incident hereinafter referenced, defendant DURAKOVIC was acting in the course and scope of his employment with S A M.

6. Defendant DURAKOVIC was operating a 2007 Volvo Conventional at the time of the incident hereinafter referenced.

7. On or about January 6, 2015 at approximately 12:23 o'clock a.m., defendant DURAKOVIC was operating his tractor-trailer in the southbound direction on I-57, south of mile-marker 168, Effingham County, Illinois.

8. At said time and place aforesaid, plaintiff CLAY was traveling in the southbound lane on I-57 south of mile-marker 168, Effingham County, Illinois in front of defendant DURAKOVIC.

9. At said time and place aforesaid, defendant DURAKOVIC drove his tractor-trailer straight into the rear of the tractor-trailer that plaintiff CLAY was then and there operating.

10. That at said time and place aforesaid, defendant CLAY did then and there commit one, more than one, or all of the following negligent acts or omissions:

(a) Failed to reduce speeds to avoid a collision in violation of 625 ILCS 5/11-601(a);

(b) Failed to keep his tractor-trailer under proper control;

(c) Failed to keep a proper lookout for vehicles and persons then and there upon southbound I-57;

(d) Operated his vehicle at a speed which was greater than reasonable and proper with regard to traffic and

       weather conditions and the use of the roadway and/or endangered the safety of any person or property, including plaintiff, there and then upon said roadway, in violation of 625 ILCS 5/11-601(a);

(e) Failed to take evasive actions or measures to avoid striking the vehicle plaintiff was within;

(f) Failed to sound his horn and provide plaintiff with timely warning, in violation of 625 ILCS 5/12-601; and

(g) Operated his vehicle when he knew, or should have known he was fatigued and not in a position to safely operate then and there on I-57.

    11. That as a direct and proximate result of one, more than one, or all of the foregoing negligent and careless acts or omissions of the defendant DURAKOVIC, plaintiff CLAY has suffered and will continue to suffer in the future mental and physical pain and anguish; and said plaintiff has incurred and become liable for past and future medical attention, care, treatment and services; and he has been unable to perform his activity as he has in the past; and has lost wages both past and future; and all the foregoing damages being to the harm and injury of plaintiff and all to his damage in a substantial sum of money.

    WHEREFORE, plaintiff, DAVID T. CLAY prays judgment against defendant ANEL D. DURAKOVIC in an amount in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00), plus costs of suit

### COUNT II

**(Negligence - DAVID T. CLAY v. S A M TRANSPORT, LLC)**

1-9. Plaintiff, DAVID T. CLAY, repleads paragraphs 1-9 of Count I, as paragraphs 1-9 of this Count II and incorporates them by reference as if fully set forth herein.

10. That at said time and place, defendant S A M, by and through its agent and/or employee, violated its duty to plaintiff and was guilty of one, more than one or all of the following negligent acts or omissions:

(a) Failed to reduce speeds to avoid a collision in violation of 625 ILCS 5/11-601(a);

(b) Failed to keep its tractor-trailer under proper control;

(c) Failed to keep a proper lookout for vehicles and persons then and there upon southbound I-57;

(d) Operated his vehicle at a speed which was greater than reasonable and proper with regard to traffic and weather conditions and the use of the roadway and/or endangered the safety of any person or property, including plaintiff, there and then upon said roadway, in violation of 625 ILCS 5/11-601(a);

(e) Failed to sound his horn and provide plaintiff with timely warning, in violation of 625 ILCS 5/12-601;

(f) Permitted its driver to operate its tractor-trailer when it knew, or should have known, that its driver/employee DURAKOVIC was fatigued;

(g) Failed to properly train its employee DURAKOVIC to drive, reverse and otherwise operate his tractor-trailer so as to avoid colliding with tractor-trailers such as the one occupied by plaintiff; and

(h) Failed to supervise its employee DURAKOVIC so as to ensure proper driving skills and techniques while operating his tractor-trailer as its employee.

11. That as a direct and proximate result of one, more than one, or all of the foregoing negligent and careless acts or

4

omissions of the defendant S A M, plaintiff CLAY has suffered and will continue to suffer in the future mental and physical pain and anguish; and said plaintiff has incurred and become liable for medical attention, care, treatment and services; and he has been unable to perform his activity as he has in the past; and has lost wages both past and future; and all the foregoing damages being to the harm and injury of plaintiff and all to his damage in a substantial sum of money.

WHEREFORE, plaintiff, DAVID T. CLAY prays judgment against defendant S A M TRANSPORT, LLC, in an amount in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00), plus costs of suit.

> Hassakis & Hassakis, P.C.,
> Attorneys for Plaintiff:
> David T. Clay
>
> By _____
> Joshua A. Humbrecht

Joshua A. Humbrecht
HASSAKIS & HASSAKIS, P.C.
Attorneys At Law
Boston Building, Suite 201
206 South 9th Street
P.O. Box 706
Mt. Vernon, Illinois   62864
(618) 244-5335
(618) 244-5330-fax
jhumb@hassakislaw.com
ARDC No.: 6300072

FILED
DEC 2 7 2016
CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY ILLINOIS

IN THE CIRCUIT COURT
FOR THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

DAVID T. CLAY,                          )
                                        )
                  Plaintiff,            )
                                        )
vs.                                     )   No. 16-L-49
                                        )
                                        )
ANEL DADO DURAKOVIC and S A M           )
TRANSPORT, a Missouri Limited           )
Liability Company,                      )
                                        )
                  Defendants.           )

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

The undersigned, being first duly sworn, under oath, states pursuant to Supreme Court Rule 222(b), after consultation with plaintiff, that he believes that the money damages involved in this case will exceed Fifty Thousand and 00/100ths Dollars ($50,000.00), plus the costs of suit.

　　　　　　　　　　　　　　　　　　Joshua A. Humbrecht

Subscribed and sworn to before me this 14th day of December, 2016, A.D.

　　　　　　　　　　　　　　　　　　Notary Public

J MICHELLE BINEGAR
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 19, 2019

6